# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-3335

_____

Lloyd Holmes,       *

           *

        Appellant,       *

           *    Appeal from the United States

    v.             *    District Court for the Eastern

           *    District of Missouri.

Elaine Chao, Secretary, Department    *

of Labor,            *     [UNPUBLISHED]

           *

        Appellee.       *

_____

Submitted: April 15, 2003

Filed: April 25, 2003

_____

Before MELLOY, FAGG, and SMITH, Circuit Judges.

_____

PER CURIAM.

Lloyd Holmes appeals the district court's[1] dismissal of his complaint. Having carefully reviewed the record and the parties' submissions, we agree with the district court that it lacked jurisdiction over Holmes's action. See Duncan v. Dep't of Labor, 313 F.3d 445, 446 (8th Cir. 2002) (per curiam) (de novo review of dismissal for lack of subject matter jurisdiction).

---

[1]The Honorable Carol E. Jackson, Chief Judge, United States District Court for the Eastern District of Missouri.

Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.  We also deny Holmes's pending motions.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.